**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Arnhoelter,<br><br>        Plaintiff,<br><br>v.<br><br>Armin Kaus, Leeza Hughes, Klaus Sivec, Marie Sivec, and Med Fibers Incorporated,<br><br>        Defendants. | No. CV-20-00403-PHX-JAT<br><br>**ORDER** |

        This case was removed to federal court on February 24, 2020, by five Arizona resident Defendants. Generally, if any defendant is a resident of this state, a case based on diversity jurisdiction cannot be removed. 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.") However, this Court cannot remand a case sua sponte for a non-jurisdictional defect in removal procedure. *Kelton Arms Condominium Owners, Ass'n, Inc. v. Homestead Insurance Co.*, 346 F.3d 1190, 1191 (9th Cir. 2003).

        Therefore,

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that if Plaintiff objects to removal, Plaintiff must file a timely motion to remand.

Dated this 25th day of February, 2020.

_____
James A. Teilborg
Senior United States District Judge